SEYMOUR LITTMAN v. RICHARD J. GIMELLO.

and

TOWNSHIP OF EAST GREENWICH v. THE HAZARDOUS
WASTE FACILITIES SITING COMMISSION.

July 8, 1988.

Petition for certification granted.

LORNA JINDAL v. JAGDISH RAI JINDAL AND
JOHN H. O'CONNOR.

July 8, 1988.

Petition for certification denied.

THOMAS J. CUNNINGHAM v. BIAGIO ARCIERI.

July 8, 1988.

Petition for certification denied.

DANIEL K. RICHARD, SR. v. SALLY S. SCHEIDEMANTEL.

July 8, 1988.

Petition for certification denied.